UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
INT SOCIEDAD ANOMINA,                                   17 Civ. 00514 (PKC)

    Plaintiff,

    vs.
                                                     **RULE 7.1 STATEMENT**

NEW RISE BRANDS HOLDINGS, LLC., APEX
BRANDS INTERNATIONAL LLC, IP HOLDINGS
UNLTD, LLC AND ALLYSON HACKMAN,

    Defendants.
-----------------------------------------------------------------X

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable District and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Apex Brands International LLC, certifies upon information and belief that the following are corporate parents, subsidiaries, or affiliates which are publicly held:

    None.

Dated: May 12, 2017
       New York, New York

                                          **LAZARUS & LAZARUS, P.C.**
                                          *Attorneys for Defendant Apex Brands*
                                          *International LLC*

By: _____
                                          Jonathan Roffe, Esq.
                                          240 Madison Avenue, 8th Floor
                                          New York, New York 10016
                                          (212) 889-7400