# WAYNE GREENWALD, P.C.
*Attorneys*

475 Park Avenue South- 26th Floor
New York, New York 10016
Tel: 212-983-1922   Fax: 212-983-1965
e-mail: grimlawyers@aol.com

W. M. Greenwald

June 15, 2017

*Via* ECF and First Class Mail

Hon. P. Kevin Castel
United States District Court Judge
South District of New York
500 Water Street
New York, NY

Re:   ***INT Sociedad Anomina, v. New Rise Brands Holdings, LLC, et al.***
      **Case No 17-cv-514 (PKC)**

Dear Judge Castel:

This joint letter provides the information required by paragraph "4" your Order dated February 2, 2017.

The scheduled conference date is June 20, 2017 at 11:00 a.m.

(1)   **A brief description of the case, including the factual and legal bases for the claim(s) and defense(s);**

> The Amended Complaint (the "Complaint") asserts eight claims for relief. The Plaintiff is discontinuing the sixth, seventh and eighth claims for relief against all of the named defendants.

> **The remaining claims are based on the following alleged facts:**

> On, about and between, May 1, 2015 and July 15, 2015, INT sold and delivered to the Defendants Apex and New Rise goods (the "Goods") having the agreed price of $1,227,115.87 (the "Debt").

> Except for $80,000 INT received no payment for the Goods sold and delivered by INT to Apex.

W‌AYNE G‌REENWALD, P.C.

Hon. P. Kevin Castel
June 15, 2017
Page 2

Therefore, INT suffered damages in a sum to be determined at trial but not less than $1,155,922.49 with interest thereon from June 16, 2015.

On September 3, 2015, August 27, 2015, INT provided New Rise with statements of account which were accepted by New Rise.

**The alleged legal bases for recovery are**:

Goods sold and delivered (contract) (1st and 2nd Claims for Relief)

Account stated (3rd Claim for Relief against New Rise)

Unjust enrichment (4th and 5th Claims for Relief)

**Defendants New Rise Brand Holdings, LLC and Apex Brands International LLC (hereinafter collectively "Defendants") assert the following defenses:**

Failure to state a claim for relief

Claims barred by:   documentary evidence
Statute of Frauds
Laches
Failing to allege more than conclusory allegations

Defendants are not proper party defendants

Failure to mitigate damages

(2)   **Any contemplated motions;**

Plaintiff and Defendants anticipate filing motions for summary judgment.

WAYNE GREENWALD, P.C.

Hon. P. Kevin Castel
June 15, 2017
Page 3

(3)   **The prospect for settlement.**

    The remaining defendants are already discussing settlement with the Plaintiff. Both sides believe prospects are reasonable.

    Respectfully,

    WAYNE GREENWALD, P.C.

    /s/  Wayne M. Greenwald Pres.
    By: Wayne M. Greenwald

    And

    LAZARUS & LAZARUS, P.C.

     /s/ Harlan Lazarus
    By: Harlan Lazarus