# WAYNE GREENWALD, P.C.
*Attorneys*

475 Park Avenue South- 26th Floor
New York, New York 10016
Tel: 212-983-1922   Fax: 212-983-1965
e-mail: grimlawyers@aol.com

W. M. Greenwald

July 12, 2017

*Via* ECF and First Class Mail

Hon. P. Kevin Castel
United States District Court Judge
South District of New York
500 Water Street
New York, NY

Re:   *INT Sociedad Anomina, v. New Rise Brands Holdings, LLC, et al.*
      **Case No 17-cv-514 (PKC**)

Dear Judge Castel:

    This office represents the Plaintiff in the referenced action.  This answers the inquiry from the last pre-trial conference concerning the nationality of the Defendants' members and its impact on diversity jurisdiction.

    The remaining Defendants attorneys provided us with information concerning the citizenship of the Defendants' members. The Defendant, New Rise Brands Holdings, LLC's ("New Rise") members include foreign nationals. Therefore diversity jurisdiction does not exist. Nor are we willing to dismiss the action as against the New Rise to maintain diversity jurisdiction.

    Accordingly, it is appropriate for the Court to issue a *sua sponte* order dismissing this action without prejudice for lack of subject-matter jurisdiction.

    Thank you very much for your consideration in this case.

Respectfully,

WAYNE GREENWALD, P.C.

/s/  Wayne M. Greenwald Pres.
By: Wayne M. Greenwald

WMG/ms
cc:   Jonathan Roffe, Esq. *Via* email and ECF Notice only